OFFICIAL PUBLIC RECORDS

VOL 0438    PAGE 0386

3156

When recorded return to:
Wells Fargo Home Mortgage, Inc.
14643 DALLAS PARKWAY, SUITE 250
DALLAS, TX  75240
Loan Id:0028300911

# ASSIGNMENT OF DEED OF TRUST

**THE STATE OF TEXAS**
**COUNTY OF HOPKINS**
    KNOW ALL MEN BY THESE PRESENTS:

That NORTHWOOD MORTGAGE, INC.
acting herein by and through a duly authorized officer, the owner and holder of one certain promissory note
for the sum of $  86,100.00            executed by ROBERT SGROE, a married
person, as his sole and seperate property and SHIRLEY SGROE, a married
person, as her sole and seperate property

payable to the order of NORTHWOOD MORTGAGE, INC.

, and secured by a Deed of Trust even date therewith to
Trustee, which
was filed for record on                        under File No.
or recorded in Volume           Page            of the Deed of Trust Records of
            HOPKINS                  County, on the following described lot, or parcel of
land situated in the County of  HOPKINS                , State of Texas, to-wit:
SEE ATTACHED

for and in consideration of the sum of    Eighty Six Thousand One Hundred and no/100
                                                                                    Dollars,
and other good, valuable and sufficient consideration paid, the receipt of which is hereby acknowledged, does

Texas Assignment of Deed of Trust    3/97
VMP-995(TX) (9703).01
Page 1 of 2                       Initials:
    VMP MORTGAGE FORMS - (800)521-7291

Exhibit 1C

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN HOPKINS
COUNTY CLERK'S OFFICE

APP 000028

VOL  PAGE
0438  0387

hereby transfer and assign, set over and deliver unto  Wells Fargo Home Mortgage, Inc.

the above described note, together with the liens against said property securing the payment thereof, and all title held by the undersigned in and to said land.

TO HAVE AND TO HOLD unto said grantee said above described note, together with all and singular the lien, rights, equities, title and estate in said real estate above described securing the payment thereof, or otherwise.

Executed this the 18th        day of  April          , A.D. 2003

NORTHWOOD MORTGAGE, INC.

By: _____

Commonwealth/State of  Texas
County of            HOPKINS

The foregoing instrument was acknowledged before me this April 18, 2003
by

                , of NORTHWOOD MORTGAGE, INC.
                , a
                          corporation, on behalf of the said corporation.



Wanda J. Clymer

Initials: WSC

VMP-995(TX) (9703).01  VMP-1161B (9509).01        Page 2 of 2

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN HOPKINS
COUNTY CLERK'S OFFICE

APP 000029

VOL 0438     PAGE 0388

Loan No: 0028300911     Sgroe

### EXHIBIT "A" — LEGAL DESCRIPTION

ALL THAT CERTAIN LOT, TRACT OR PARCEL OF LAND SITUATED IN THE COUNTY OF HOPKINS, STATE OF TEXAS, BEING IN THE NACOGDOCHES UNIVERSITY SURVEY, ABST. NO. 694, AND DESCRIBED AS FOLLOWS:

BEING LOT 21 OF THE SANDY HILL ADDITON AS RECORDED IN VOL. 6, PAGE 57, MAP RECORDS, HOPKINS COUNTY, TEXAS.

3156

FILED FOR RECORD
HOPKINS COUNTY, TEXAS

03 MAY 15 PM 1:56

DEBBIE SHIRLEY
COUNTY CLERK

BY ____ DEPUTY

STATE OF TEXAS     COUNTY OF HOPKINS
I hereby certify that this instrument was filed in file number sequence on the date and time stamped hereon by me and was duly recorded in the volume and page of the named records of Hopkins County Texas, as stamped by me.

MAY 2 0 2003

Debbie Shirley
COUNTY CLERK, Hopkins County, Texas

7-S-1
13:00
HCA
front



TRUE AND CORRECT COPY OF ORIGINAL FILED IN HOPKINS COUNTY CLERK'S OFFICE

THE STATE OF TEXAS §

COUNTY OF HOPKINS §

I, Debbie Shirley, Clerk, County Court, Hopkins County, Texas, do hereby certify that the foregoing instrument of writing is a full, true and correct copy of the original record filed in my office the 20th day of May, 2003 recorded in Vol. 438 Page 386 in the Official Public Records.

Witness my hand and official seal at my office in Sulphur Springs, Texas, this 9th day of October, 2012.

DEBBIE SHIRLEY, COUNTY CLERK
HOPKINS COUNTY, TEXAS

By _____, Deputy

Tracy Smith